1

2

3

4

5

6                                                                        JS - 6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10   TRANSAMERICA   ANNUITY)           Case No. 2:07-cv-8141-FMC-JCRx
     SERVICE  CORPORATION, a New)
11   Mexico   Corporation,   and)
     TRANSAMERICA   OCCIDENTAL)
12   LIFE INSURANCE COMPANY, an)        FINAL JUDGMENT
     Iowa Corporation,            )
13                                )
                                  )
14                Plaintiffs,     )
                                  )
15   vs.                          )
                                  )
16   DANIELLE ALEXANDER-          )
     MACKEY a/k/a DANIELLE MARIA  )
17   MACKEY-COLEMAN a/k/a         )
     DANIELLE MACKEY a/k/a        )
18   DANIELLE M. COLEMAN a/k/a    )
     DANIELLE ALEXANDER-          )
19   COLEMAN a/k/a DANIELLE M.    )
     ALEXANDER and DOES 1 to 10,  )
20   inclusive,                   )
                                  )
21                Defendants.     )
     _____ )
22

23          In accordance with the Court's Order Granting Plaintiffs' Unopposed Motion

24   for Summary Judgment (docket no. 24), the Court hereby enters Final Judgment in

25   favor of Plaintiffs and against Defendant Danielle Alexander-Mackey in the amount

26   of $829,869.97, which represents the principal amount of $567,070.81, plus interest

27   at the rate of 7% per annum from May 15, 1996 through September 29, 2008.

28   //

1   **IT IS SO ORDERED.**

2   Dated: October 1, 2008

3

4

5   _____

6   FLORENCE-MARIE COOPER, JUDGE

7   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28